UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:23-cr-00058-KDB-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) **UNDER SEAL** |
| v. | ) |
| | ) **ORDER TO UNSEAL THE COMPLAINT** |
| BRANDY LEIGH LEDFORD AND GAGE ANDREW WARD, | ) |
| | ) |
| **Defendants.** | ) |

**THIS MATTER IS BEFORE THE COURT** on the United States' "Motion to Unseal," filed December 21, 2023. (Doc. No. 11). After careful consideration of the Motion and the record of this case, the undersigned will allow the requested relief.

**IT IS, THEREFORE, ORDERED** that the above-captioned case be unsealed.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, Defense Counsel, and the United States Attorney's Office.

**SO ORDERED**.

Signed: December 21, 2023

_____
Susan C. Rodriguez
United States Magistrate Judge